**E-FILED**
Thursday, 05 July, 2007  01:19:19 PM
Clerk, U.S. District Court, ILCD



# United States District Court
## Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

July 5, 2007


Re:  Simon A. Lundy, Sr., No. 16585-424
Case No. 07-1167

Trust Fund Department
Sandstone FCI
P O Box 1000
Sandstone, MN  55072

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.   In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **12/25/06 through 6/25/07**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

> United States District Court
> Central District Of Illinois
> 309 Federal Building
> 100 N.E. Monroe
> Peoria, IL 61602


Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

> Sincerely,
>
> John M. Waters
>
> Clerk, U.S. District Court

cc: Inmate