E-FILED
Friday, 06 July, 2007 10:56:38 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Simon A. Lundy, Sr.** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO.  07-1167** |
| **Chambers, et al.** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** FCI Sandstone at Sandstone, MN.

      **WE COMMAND** that you produce the body of **Simon A. Lundy, Sr.**, Register No. **16585-424**, who is in your custody at FCI Sandstone before the United States District Court on **Tuesday, 8/28/07, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  July 6, 2007

                                JOHN M. WATERS, CLERK
                                UNITED STATES DISTRICT COURT

                                BY: __s/M. Leininger_____
                                    Deputy Clerk