E-FILED
Monday, 20 August, 2007  09:48:07 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Simon A. Lundy, Sr.** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-1167** |
| **Chambers, et al.** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of Federal Correctional Institution Sandstone** at Sandstone, MN.

**WE COMMAND** that you produce the body of **Simon A. Lundy, Sr.**, Register No. **16585-424**, who is in your custody at  before the United States District Court on **Tuesday, 9/4/07** by making that person personally available at **9:30 a.m.** a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  8/20/07

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _/s/ K. Burns_____
      Deputy Clerk