# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Simon A. Lundy, Sr.**

vs.

K. Tate Chambers, AUSA; Bradley W. Murphy, AUSA; Genise Bailey, Probation Officer; Paul Larsen, DEA Agent; and Diondre L. Wakefield, CI

Case Number: **07-1167**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice pursuant to 28 U.S.C.§1915A and Fed. R. Civ. P. Rule 12(b)(6) for failure to state a claim.

ENTER this 5th day of September, 2007

JOHN M. WATERS, CLERK

s/M. Leininger
BY: DEPUTY CLERK